# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| NATHAN JONES § | |
| § | |
| v.  § | Civil Action No.  4:22-CV-668 |
| § | (Judge Mazzant/Judge Nowak) |
| WILMINGTON SAVINGS FUND § | |
| SOCIETY, FSB, not in its individual capacity § | |
| but solely as Trustee of BCMB1 Trust, § | |
| its/their successors and/or assigns § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On November 11, 2022, the report of the Magistrate Judge (Dkt. #17) was entered containing proposed findings of fact and recommendations that Plaintiff Nathan Jones's Motion to Remand to State Court (Dkt. #12) be **DENIED**.

Having received the report of the Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Plaintiff Nathan Jones's Motion to Remand to State Court (Dkt. #12) is **DENIED**.  Plaintiff's claims against non-diverse Defendant Jinhong Yang are **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

**SIGNED** this 6th day of December, 2022.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE